IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIFIECE R. SALTER | : | CIVIL ACTION |
| v. | : | |
| MARIROSA LAMAS, et al. | : | NO. 11-5834 |

## O R D E R

NORMA L. SHAPIRO, J.

AND NOW, this 21st day of March, 2012, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for writ of habeas corpus is DISMISSED as untimely.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
NORMA L. SHAPIRO, J.